# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET PALPAL-LATOC,<br><br>         Plaintiff,<br> vs.<br><br>AMERICA'S SERVICING COMPANY,<br>HSBC,<br><br>         Defendants. | CASE NO. 08CV0588-LAB (CAB)<br><br>**ORDER DISMISSING**<br>**COMPLAINT** |

  Federal courts are courts of limited jurisdiction. The court must verify *sua sponte* its authority to decide the disputes presented in any action filed in federal court. *See* B.C. v. Plumas Unified Sch. Dist., 192 F.3d 1260, 1264 (9th Cir.1999); *see also* FED. R. CIV. P. 12(h)(3) ("Whenever it appears by suggestion of the parties or otherwise that the court lacks jurisdiction of the subject matter, the court shall dismiss the action"). The party invoking the court's jurisdiction has the burden to plead and prove the facts supporting such jurisdiction. McNutt v. Gen. Motors Acceptance Corp. of Indiana, 298 U.S. 178, 189 (1936).

  The court's *sua sponte* review of plaintiff Janet Palpal Latoc's one-sentence Complaint in this action (alleging a servicing company and another entity, both of unspecified nature, are "attempting to wrongfully undertake foreclosure proceedings" against particular real property), and her proposed "Federal Stay and Adverse Claim" document in the form

of a *lis pendens* prepared for the court's signature, identify no basis upon which federal courts may exercise jurisdiction either over the controversy or over the named defendants. Rather, it appears to this court from the face of the filings the dispute is appropriately a matter for the state courts to decide. Accordingly, this action is **DISMISSED** in its entirety, without prejudice.

    **IT IS SO ORDERED**.

DATED: April 2, 2008

*/s/ Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge