AO 450 Judgment in a Civil Case

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

JANET PALPAL-LATOC

### V.

AMERICA'S SERVICING COMPANY,  HSBC

### JUDGMENT IN A CIVIL CASE

**CASE NUMBER:**    08CV0588-LAB (CAB)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED  that the Complaint is dismissed in its entirety, without prejudice.

| April 10, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/P. Dela Cruz

(By) Deputy Clerk

ENTERED ON April 10, 2008