FILED
JUN 20 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ASW           DEPUTY

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 19 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| JANET PALPAL LATOC,<br><br>Petitioner - Appellant,<br><br>v.<br><br>AMERICA'S SERVICING COMPANY; HSBC MORTGAGE,<br><br>Respondents - Appellees. | No. 08-55697<br>D.C. No. 3:08-cv-00588-LAB-CAB<br>Southern District of California, San Diego<br><br>**ORDER** |

A review of the file in this case reveals that the appellant has failed to perfect the appeal as prescribed by the Federal Rules of Appellate Procedure.

Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to pay the docketing/filing fees in this case.

A copy of this order sent to the district court shall constitute for the mandate of this court.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Robert Sansone
Deputy Clerk